**UNITED STATES POSTAL SERVICE**

April 4, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5118 9956 1049 0860 07**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | March 25, 2022, 7:04 pm |
| Location: | IRVING, TX 75038 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | John M  Allen USCIS Texas Service Center |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

April 4, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5118 9956 1049 0646 54**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | March 25, 2022, 12:28 pm |
| Location: | DALLAS, TX 75202 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | U S  Attorney Chad E  Meacham 3rd Floor |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: BRET WILKINSON]*

Address of Recipient: *[handwritten: 1100 Commerce #3?]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

April 4, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5118 9956 1049 0222 27**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | March 29, 2022, 12:39 pm |
| Location: | WASHINGTON, DC 20529 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| Recipient Name: | Ur Mendoza Jaddou |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

**Recipient Signature**

Signature of Recipient: *K Lnsby*

Address of Recipient: *20324 20536 20472 20593 / 20324 20536 20472 20593 / 20528 20723 20529 20592*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

April 4, 2022

Dear Josefina Chemello:

The following is in response to your request for proof of delivery on your item with the tracking number: **9415 5118 9956 1049 0667 57**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | March 30, 2022, 4:47 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004