### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PHAMELLA AKI YASHIRO, <br><br> MICHAEL COLACO HWANG JUNIOR, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. <br><br> Defendants. | Case No. 3:22-cv-636 |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending applications of the Plaintiffs Phamella Aki Yashiro and Michael Colaco Hwang Junior. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Phamella Aki Yashiro and Michael Colaco Hwang Junior hereby voluntarily dismiss the instant action with prejudice. Each side to bear their own fees and costs.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC